UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF MEDINA, *et al.*,<br><br>           Plaintiff,<br>   v.<br>JEFFREY CHEN,<br><br>           Defendant,<br>   v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>           Garnishee. | Case No. MC16-0015RSL<br><br>ORDER VACATING WRIT AND CLOSING CASE |

An "Amended Writ of Garnishment for Continuing Lien on Earnings" was issued on February 5, 2016. There has been no activity in this matter since that date, and plaintiffs have failed to respond to the Court's June 25, 2018, Order to Show Cause. The Amended Writ is hereby VACATED. The Clerk of Court is directed to close this matter.

Dated this 9th day of July, 2018.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge